UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:21-CR-00212-03 |
| | * | |
| VERSUS | * | JUDGE CAIN |
| | * | |
| DAVE'S GUNSHOP, LLC | * | MAGISTRATE JUDGE KAY |

## ORDER

Upon consideration of the Motion to Dismiss filed by the United States,

IT IS HEREBY ORDERED that Counts 4, 5, 6 and 7 of the pending indictment in above-captioned matter are hereby dismissed without prejudice, and defendant Dave's Gunshop, LLC is thereby dismissed as a defendant in this matter.

DONE AND SIGNED this 24th day of October 2023, at Lake Charles, Louisiana.

JAMES D. CAIN, JR.
United States District Judge